# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JASON SWIGER and JULIO CRUZ, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>UTZ QUALITY FOODS, INC.,<br><br>    Defendant. | Case No. 2:15-CV-2833<br><br>Judge Gregory L. Frost<br><br>Magistrate Judge Terrence P. Kemp |

## ORDER

AND NOW, upon consideration of the parties' Joint Motion to Transfer Venue, IT IS HEREBY ORDERED that the Motion is GRANTED and this action is hereby transferred to the United States District Court for the Middle District of Pennsylvania on this 17th day of November, 2015.

    IT IS SO ORDERED.


                               /s/  GREGORY L. FROST
                               UNITED STATES DISTRICT JUDGE